UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SAMUEL DOUGLAS**                                                                                  **PETITIONER**
**#157077**

**V.**                                   **No. 4:22-CV-1133-JM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                      **RESPONDENT**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray. After careful consideration of the Recommendation and Mr. Douglas's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Samuel Douglas's petition for writ of habeas corpus (*Doc. 4*) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 18th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE