**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SAMUEL DOUGLAS**                                                                    **PETITIONER**
**#157077**

**V.**                                          **No. 4:22-CV-1133-JM**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction**                                        **RESPONDENT**

## <u>JUDGMENT</u>

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 18th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE